UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>ABDOW MUNYE ABDOW,<br><br>Defendant. | Criminal No. 0:09-cr-292(JMR/SRN)<br><br>**STATEMENT OF FACTS TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, ABDOW MUNYE ABDOW, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

The motions in my case must be filed by November 6, 2009, and the hearing on the motions is scheduled for November 19, 2009. The parties are presently involved in discussions about possible resolution of the case. My attorney will also be out of the country the week of November 9, 2009. Moving the date on which motions are due and the motions hearing date back two weeks will allow the parties sufficient time to complete their discussions and possibly save both the court and the parties time and resources.

I am presently on a conditional release. I will not be prejudiced in any way by the continuance. Based on the above facts, I request that the period of time from now until the date of the rescheduled motions hearing be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 11/5/09

_____
Defendant

Witness:

Dated: 11/5/09

_____
Attorney for defendant