UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DISCLOSURE** |
| | ) | **OF 404(b) EVIDENCE** |
| v. | ) | |
| | ) | |
| ABDOW MUNYE ABDOW, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his attorney, Earl P. Gray, hereby moves the Court for an order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404(b) of the Federal Rules of Evidence and further directing the government to identify the witnesses through whom such evidence will be presented at trial.

This motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated this 10th day of December, 2009.

s/Earl P. Gray

Earl P. Gray #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-5175