UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR** |
| | ) | **DISCOVERY AND** |
| v. | ) | **INSPECTION** |
| | ) | |
| ABDOW MUNYE ABDOW, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his attorney, Earl P. Gray,

respectfully moves the Court and request the Government to disclose the following

information:

1.      Any and all written, recorded, or oral statements made by the Defendant or

copies thereof within the possession, custody or control of the government, the existence

of which is known, or by the exercise of due diligence may become known to the

attorney or the government.

2.      The substance of any oral statement which the government intends to offer

in evidence at the trial made by the Defendant, whether before or after arrest.

3.      A copy of the prior criminal record of the Defendant which is known, or

by the exercise of due diligence may become known to the attorney for the government.

4.      Permission for the Defendant to inspect and/or copy books, papers,

documents, photographs, tangible objects which are within the possession, custody or

control of the government and which are material to the preparation of the defense or are

intended for use by the government as evidence in chief at the trial, or were obtained from or belonged to the Defendant.

5.      Permission to inspect and/or copy any results or reports of physical or mental examinations and of scientific tests or experiments or copies thereof which are within the possession, custody or control of the government.

If prior to trial, the government discovers additional evidence or material previously requested or ordered which is subject to discovery or inspection hereinbefore requested, the government is requested to notify attorney for the Defendant the existence of the additional material.

Dated this 10th day of December, 2009.

s/Earl P. Gray

Earl P. Gray #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-52175