UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR** |
| | ) | **DISCOVERY OF EXPERT** |
| v. | ) | **UNDER RULE 16(a)(1)(E)** |
| | ) | |
| ABDOW MUNYE ABDOW, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \*

Pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure, the

Defendant, Abdow Abdow, by and through his undersigned counsel, Earl P. Gray, hereby

moves the Court for a written summary of the expert testimony the government intends to

use in the above-entitled trial.  This summary must describe the witnesses' opinion, the

basis and the reasons therefore, and the witnesses' qualifications all pursuant to Rule

16(a)(1)(E).

This motion is based on all records, filing and proceedings herein.

Dated this 10th day of December, 2009.

s/Earl P. Gray

Earl P. Gray #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-5175