UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292  (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR EARLY** |
| | ) | **DISCLOSURE OF JENCKS** |
| v. | ) | **ACT MATERIAL** |
| | ) | |
| ABDOW MUNYE ABDOW, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his counsel, Earl P. Gray, and

pursuant to Rule 12 of the Federal Rules of Criminal Procedure, moves this court to enter

an order requiring the government to submit Jencks Act materials to the Defendant at

least two weeks prior to the commencement of the trial, and in support thereof represents

and alleges as follows:

1.     That although a literal reading of the Jencks Act would require release of

the pertinent materials until the testimony of any particular government witness is

complete, the Act does not forbid its early disclosure.

2.     That prior to cross examination of any witness a recess would be required

to allow defense counsel to review said materials.

3.     That unless this motion is granted, there will be delays in the trial of the

above-entitled cause.

4.     That the Jencks Act was enacted in 1959 and its effect has been modified

by both the enactment of Rule 102 and Rule 403 of the Federal Rules of Evidence and the

enactment of the Speedy Trial Act, Title 18, U.S.C. Sec. 3161, et. seq.

5.      That this court has the authority to order early disclosure of the Jencks Act materials to further the interest of prompt disposition of the business of the court.

WHEREFORE, Defendant prays that this court enter an order requiring the government to submit Jencks Act materials to the Defendant at least two weeks prior to the testimony of each government witness.

Dated this 10th day of December, 2009.

s/Earl P. Gray

Earl P. Gray #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-5175