UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR GOVERNMENT** |
| | ) | **AGENTS TO RETAIN** |
| v. | ) | **ROUGH NOTES** |
| | ) | |
| ABDOW MUNYE ABDOW, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his attorney, Earl P. Gray, moves

the court for an order requiring any law enforcement agent, including any confidential

reliable informants, to retain and preserve all rough notes taken as a part of their

investigation, whether or not the contents of such rough notes are incorporated in official

records.

This motion is based upon all of the files and records herein.

Dated this 10th day of December, 2009.

s/Earl P. Gray

Earl P. Gray #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-5175