UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR GOVERNMENT** |
| | ) | **TO PROVIDE GRAND JURY** |
| v. | ) | **TESTIMONY OF ANY WITNESS** |
| | ) | **WHO WILL TESTIFY AT** |
| ABDOW MUNYE ABDOW, | ) | **SUPPRESSION HEARING** |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his attorney, Earl P. Gray, hereby

moves the court for an order requiring the government to provide the Grand Jury

Testimony of any witness who will testify at the suppression hearing.

This motion is based on the indictment and all of the files and records herein.

Dated this 10th day of December, 2009.

s/Earl P. Gray

Earl P. Gray #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-5175