UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION TO COMPEL** |
| | ) | **ATTORNEY FOR THE** |
| v. | ) | **GOVERNMENT TO DISCLOSE** |
| | ) | **EVIDENCE FAVORABLE TO** |
| ABDOW MUNYE ABDOW, | ) | **THE DEFENDANT** |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his counsel, Earl P. Gray, moves this Court for disclosure of any and all exculpatory evidence that is, any evidence that may tend to mitigate the Defendant's guilt of the charged offenses or may reduce the punishment that might be imposed, pursuant to Brady v. Maryland, 373 U.S. 83 (1963). This request includes impeachment evidence that may be used against any government witness, including records of conviction, and promises or inducements to witnesses in return for testimony or information against Defendant. See Giglio v. United States, 405 U.S. 150 (1972).

Dated this 10th day of December, 2009.

s/Earl P. Gray

Earl P. Gray #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-5175