UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )    **MOTION TO SUPPRESS**
                             )    **GOVERNMENT**
    v.                       )    **INTERCEPTION OF WIRE**
                             )    **OR ORAL COMMUNICATION**
ABDOW MUNYE ABDOW,           )
                             )
            Defendant.       )

\* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his attorney, Earl P. Gray,

respectfully moves the Court for an order suppressing all statements obtained from

Defendant as a result of the Government's interception of wire or oral communications.

This motion is based on the indictment, the records and files in the above-

entitled action, and any and all other matters which may be presented prior to or at the

time of the hearing of said motion.

Dated this 10th day of December, 2009.


                                    s/Earl P. Gray

                                    Earl P. Gray  #37072
                                    Attorney for Defendant
                                    332 Minnesota Street
                                    Suite W1610
                                    St. Paul, MN   55101
                                    651-223-5175