UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION TO SUPPRESS** |
| | ) | **STATEMENTS** |
| v. | ) | |
| | ) | |
| ABDOW MUNYE ABDOW, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his attorney, Earl P. Gray,

respectfully moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure,

to suppress any statements alleged to have been made by Abdow Abdow.

This motion is based on the indictment, the records and files in the above-

entitled action, and any and all other matters which may be presented prior to or at the

time of the hearing of said motion.

Dated this 10th day of December, 2009.

s/Earl P. Gray


Earl P. Gray #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-5175