UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-292 (JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION TO SUPPRESS** |
| | ) | |
| v. | ) | |
| | ) | |
| ABDOW MUNYE ABDOW, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \*

The Defendant, Abdow Abdow, by and through his attorney, Earl P. Gray, respectfully moves the Court for an order suppressing all evidence observed and/or seized as a result of the stop of Defendant's rental vehicle on October 6, 2009 by Nevada State Troopers Ferguson and Smith because the stop was illegal for the following reasons:

1.     The Defendant's vehicle was not violating the State of Nevada traffic laws and therefore the "stop" was not a traffic stop but an investigative stop without a factual basis except that the driver and passengers were black;

2.     The identification of the Defendant passenger during a traffic stop for speeding with no other basis violates the Fourth Amendment;

3.     The duration of the stop violated the Defendant's Fourth Amendment rights.

This motion is based upon all of the files and records herein, Brendlin v. California, 127 S Ct. 2400 (2007); and Arizona v. Johnson, 129 S Ct. 781 (2009).

Dated this 10th day of December, 2009.

s/Earl P. Gray

Earl P. Gray  #37072
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN   55101
651-223-5175