✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                    MINNESOTA

|  |  |
|---|---|
| United States<br>V.<br>Abdow Munye Abdow | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  09-CR-292 (JMR/SRN) |

| PRESIDING JUDGE<br>Magistrate Judge Nelson | PLAINTIFF'S ATTORNEY<br>Wes Anders Folk | DEFENDANT'S ATTORNEY<br>Earl Gray |
|---|---|---|
| TRIAL DATE (S)<br>January 12, 2010 | COURT REPORTER<br>Lorilee Fink | COURTROOM DEPUTY<br>Jessica Clay |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |  | 1/12/10 |  |  | Testimony of Trooper Gary Smith |
| X |  | 1/12/10 |  |  | Testimony of Trooper Neil Ferguson |
|  | X | 1/12/10 |  |  | Testimony of Defendant Abdow Munye Abdow |
| 1 |  | 1/12/10 | x | x | Copy of Nevada Revised Statute 484.361(re speeding) |
| 2 |  | 1/12/10 | x | x | CAD (Computer Assisted Dispatch) report dated October 6, 2009 |
| 3 |  | 1/12/10 | x | x | Consent to search signed by Abdow dated October 6, 2009 |
| 4 |  | 1/12/10 | x | x | Mapquest map of Las Vegas Metro Area |
| 5 |  | 1/12/10 | x | x | CD containing recordings of related to stop |
| 6 |  | 1/12/10 | x | x | Police Report prepared by Trooper Ferguson |
|  | 1 | 1/12/10 | x | x | Written transcript of audio recordings from stop in Gov. Ex. 5 |
|  | 2 | 1/12/10 | x | x | Police Report prepared by Trooper Smith |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.